UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Stephen B. Darr, et al.,
              Plaintiffs,

    V.

Rita dos Santos, et al.,
              Defendants,

CIVIL ACTION

NO. <u>18-40007-TSH</u>

### <u>JUDGMENT</u>

<u>Hillman J.</u>

In accordance with the Court's Order, dated 9/26/18, accepting and adopting the Bankruptcy Court's Proposed Findings of Fact and Conclusions of law and granting plaintiff's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the plaintiff Stephen B. Darr.

By the Court,

<u>    9/26/18    </u>
    Date

<u>/s Martin Castles  </u>
Deputy Clerk